| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Onyinye N Anyama**<br>**Anyama Law Firm, APC**<br>**18000 Studebaker Rd Ste 325,**<br>**Cerritos, CA 90703**<br>**(562) 645-4500 Fax: (562) 645-4494**<br>**262152 CA**<br>**onyi@anyamalaw.com** | |
| ☐ *Individual appearing without attorney*<br>☑ Attorney for: **Timothy Alexander Kyle Aragon** | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Timothy Alexander Kyle Aragon**<br><div align="right">Debtor.</div> | CASE NO.: **6:26-bk-11349-RB**<br>CHAPTER: **13** |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br>**(with supporting declarations)**<br>*(Specify name of Motion)* |
| | DATE: **March 12, 2026**<br>TIME: **11:00am**<br>COURTROOM: **303**<br>PLACE: **Zoom** |

1. TO (specify name):  *TO THE HONORABLE JUDGE REYES-BORDEAUX AND ALL INTERESTED PARTIES*

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

4. **Deadline for Opposition Papers:** This Motion is being heard on shortened time (minimum 14 days notice) without prior approval of the Court according to the calendaring procedures of the assigned judge. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served at the hearing. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: **February 26, 2026**

<div align="right">

**Anyama Law Firm, APC**
Printed name of law firm


**/s/ Onyinye N Anyama**
Signature
**Onyinye N Anyama**
Printed name of attorney

</div>

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                                    **F 9013-1.1.HEARING.NOTICE**

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Onyinye N Anyama**<br>**18000 Studebaker Rd Ste 325,**<br>**Cerritos, CA 90703**<br>**(562) 645-4500 Fax: (562) 645-4494**<br>**262152 CA**<br>**onyi@anyamalaw.com**<br><br><br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* **Timothy Alexander Kyle Aragon** | |

<table>
<tr><td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**</td></tr>
<tr><td>In re:<br><br>**Timothy Alexander Kyle Aragon**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s).</td><td>CASE NO: **6:26-bk-11349-RB**<br><br>CHAPTER **13**<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)**<br><br>DATE: **March 12, 2026**<br>TIME: **11:00am**<br>COURTROOM: **303**<br>PLACE: **Zoom**</td></tr>
</table>

**Movant:** __Timothy Alexander Kyle Aragon__

1. NOTICE IS HEREBY GIVEN to **TO THE HONORALBE JUDGE REYES-BORDEAUX AND ALL INTERESTED PARTIES** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☐ **255 East Temple Street, Los Angeles, CA 90012**    ☐ **411 West Fourth Street, Santa Ana, CA 92701**<br>
   ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**    ☐ **1415 State Street, Santa Barbara, CA 93101**<br>
   ☑ **3420 Twelfth Street, Riverside, CA 92501**

3. a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

b. ☑ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☑ at the hearing ☐ at least ____ days before the hearing.

(1) ☑ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

(3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:   **February 26, 2026**

**Anyama Law Firm, APC**
Printed name of law firm (if applicable)

**Onyinye N Anyama**
Printed name of individual Movant or attorney for Movant

*/s/* **Onyinye N Anyama**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                      **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:**   Timothy Alexander Kyle Aragon

1.   **The Property or Debt at Issue:**
a. ☑ Movant moves for an order imposing a stay with respect to the following property (Property):
     ☐ Vehicle *(describe year, manufacturer, type, and model)*:
     Vehicle Identification Number:
     Location of vehicle *(if known)*:

     ☐ Equipment *(describe manufacturer, type, and characteristics)*:
     Serial number(s):

     Location *(if known)*:

     ☐ Other Personal Property *(describe type, identifying information, and location)*:

     ☑ Real Property
     Street Address: **32225 Sunset Ave**
     Apt./Suite No.:
     City, State, Zip Code: **Menifee, CA 92584**
     Legal description or document recording number(include county of recording):

     ☑ See attached continuation page

The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) **Unified Mortgage and Riverside County Tax Collector** to secure the sum of approximately $ **416,172.13**   now owed. (Secured Creditor/Lessor).  Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

c. ☐ Movant moves for an order **imposing a stay** *as to all creditors.*

d. ☑ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

e. ☑ Movant moves for an order **continuing the automatic stay** *as to all creditors.*

2.   **Case History:**
a. ☑ A voluntary   ☐ An involuntary petition concerning an individual[s] under chapter   ☐ 7   ☐ 11   ☐ 12
     ☑ 13 was filed concerning the present case on *(specify date)*: **2/25/26**

b. ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on *(specify date)*:

c. ☐ Plan was confirmed on *(specify date)*:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         Page 3                         **F 4001-1.IMPOSE.STAY.MOTION**

PARCEL 3 AND LOT "B" OF PARCEL MAP 8723, IN THE CITY OF WILDOMAR, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 39, PAGES 68 AND 69, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS A WHOLE AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID PARCEL 3; THENCE NORTH 89° 37' 58" EAST ALONG THE NORTHERLY LINE OF SAID PARCEL 3, 329.50 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG THE NORTHERLY LINE OF SAID PARCEL 3 AND ALONG THE NORTHERLY LINE OF SAID LOT "B", NORTH 89° 37' 58" EAST, 329.50 FEET TO THE NORTHEAST CORNER OF SAID LOT "B", THENCE SOUTH 0° 21' 00" WEST ALONG THE EASTERLY LINE OF SAID LOT "B", 330.55 FEET; THENCE LEAVING THE EASTERLY LINE OF SAID LOT "B", SOUTH 89° 38' 17" WEST, 329.56 FEET TO A POINT WHICH IS NORTH 89° 38' 17" EAST; 329.57 FEET FROM THE WESTERLY LINE OF SAID PARCEL 3; THENCE NORTH 0° 21' 34" EAST, 330.52 FEET TO THE TRUE POINT OF BEGINNING.

SAID LAND IS PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE NO. 5378 RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 2003-440153, OF OFFICIAL RECORDS.

APN: 361-021-023

d.  ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

    1.  Case name: **Timothy Alexander Kyle Aragon**
       Case number: **6:23-bk-15031-RB**    Chapter: **13**
       Date Filed: **10/27/23**    Date dismissed: **1/12/2026**
       Relief from stay re this Property    ☐ was    ☑ was not granted
       Reason for dismissal: **Failure to make plan payments.**

    2.  Case name:
       Case number:    Chapter:
       Date Filed:    Date dismissed:
       Relief from stay re this Property    ☐ was    ☐ was not granted
       Reason for dismissal:

    ☐ See attached continuation page

e.  ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f.  ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was **4/8/2026 at 10:00 AM**  and the court ☐ has ☑ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is __.

g.  ☐ In a previous case(s), as of the date of dismissal there was:
    ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
    ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3.  The equity in the property is calculated as follows:

a)  1.  Property description/value: **32225 Sunset Ave., Menifee, CA 92584**    $ **620,000.00**
    2.  Creditor/Lien amount: **Unified Mortgage**    $ **401,945.32**
    3.  Creditor/Lien amount: **Riverside County Tax Collector**    $ **14,226.81**
    4.  Creditor/Lien amount:__    $__
    5.  Creditor/Lien amount:__    $__
    6.  Total Liens    $ **416,172.13**
    7.  Debtor's Homestead Exemption    $ **203,827.27**
    8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ **0.00**

b)  1.  Propery description/value:__    $__
    2.  Creditor/Lien amount:__    $__
    3.  Creditor/Lien amount:__    $__
    4.  Creditor/Lien amount:__    $__
    5.  Creditor/Lien amount:    $__
    6.  Total Liens    $__
    7.  Debtor's Homestead Exemption    $__
    8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $__

    ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 4001-1.IMPOSE.STAY.MOTION**

4.  **Grounds for Continuing the Stay:**

a.  ☑ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

    1.  ☐ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

        A.  ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

        B.  ☑ Good faith is shown because _The Debtor has incurred unexpected property and car expenses through the years during the pendency of his bankruptcy._

        ☑ See attached continuation page

    2.  ☑ The Property is of consequential value or benefit to the estate because:

        A.  ☑ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property)*;.

        B.  ☑ The Property is necessary to a reorganization for the following reasons: **Debtor has over $203,000.00 in equity.**

        ☑ See attached continuation page

        C.  ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __

        ☐ See attached continuation page

    3.  ☑ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

        A.  ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

        B.  ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;

        C.  ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because __

        ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

F. ☑ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: **The Debtor's fiancee will assist the Debtor with monthly financial contributions.**

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☑ For the following additional reasons **The Debtor is currently working for Vincent Martinez as his Assistant doing construction jobs.**

☑ See attached continuation page

4. ☑ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because **The Debtor acted in good faith during his prior case as he paid the Trustee over $74,000.00 in plan payments.**

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __.

☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection):* __

☐ See attached continuation page

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

2. ☐ Good faith is shown because __

☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

☐ See attached continuation page

2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 7                          **F 4001-1.IMPOSE.STAY.MOTION**

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

       ☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

       ☐ See attached continuation page

6. ☐ For the following additional reasons __

       ☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

       ☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

    a. ☑ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
    b. ☐ Other Declaration(s) are also attached in support of this Motion
    c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.
    d. ☑ Other evidence *(specify)*: __Proof of expenses and TFS payment history.__

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested):*

1. ☑ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012             Page 8             **F 4001-1.IMPOSE.STAY.MOTION**

2. ☑ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☑ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court..

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐ For other relief requested, see attached continuation page.

Date: **February 26, 2026**

Respectfully submitted,
**Timothy Alexander Kyle Aragon**
Movant Name
**Anyama Law Firm, APC**
Firm Name of attorney for Movant (if applicable)

**/s/ Onyinye N Anyama**
Signature
**Onyinye N Anyama**
Printed Name of Individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I **Onyinye N. Anyama**, am the **Attorney** of Movant. I have read the foregoing motion consisting of **55** pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **February 26, 2026** | **Onyinye N Anyama** | **/s/ Onyinye N Anyama** |
|---|---|---|
| *Date* | *Printed name of declarant* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 9                     **F 4001-1.IMPOSE.STAY.MOTION**

Anyama Law Firm, APC
Onyinye N. Anyama (SBN: 262152)
18000 Studebaker Rd., Suite 325
Cerritos, CA 90703
Tel: (562)645-4500
Fax: (562)645-4494
onyi@anyamalaw.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re:

Timothy Alexander Kyle Aragon

          Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 6:26-bk-11349-RB

Chapter 13

**DECLARATION OF TIMOTHY ALEXANDER KYLE ARAGON IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE AUTOMATIC STAY**

I, Timothy Alexander Kyle Aragon, declare as follows:

1. I am the Debtor in the above-captioned proceeding. I have personal knowledge of the facts set forth herein and if called upon to testify hereto, I could and would do so competently thereto.

2. I filed my last prior bankruptcy on October 27, 2023, case number: 6:23-bk-15031-RB. This case was dismissed on January 12, 2026. This case was dismissed for failure to make plan payments. During the term of this case, I used my 2023 tax refunds to pay unexpected home expenses and auto repairs.

3.      On July 9, 2024, I filed my first Motion to Modify (docket no: 41). During this case, I used my 2023 tax return in the approximate amount of $6,091.00 to offset unexpected expenses.

4.      On January 30, 2025, I filed my second Motion to Modify (docket no: 61). During the latter part of 2024, because I lost my prior employment. I also incurred an unexpected repair to my water well pump. My home has a water well. On or about January 4, 2025, I spent $5,306.00 to repair my water well and the motor. As a result, I fell behind on my plan payments. Attached hereto is a true and correct copy marked **Exhibit "1"** of the water well invoice demonstrating that I paid $5,306.00.

5.      On October 28, 2025, I filed a third Motion to Modify. On or about September and October 2025, my I incurred mechanical expenses for a car that I was driving (2015 Buick Enclave). I spent approximately $3,504.00 the swaybar link kit, front lower control arm, and the right lower control arm. I also had to replace the starter, solenoid and maf sensor, back and front brakes and struts. As I result, I fell behind on my chapter 13 plan payments. Attached hereto are the invoices itemizing Brake Masters' labor and parts done to my car marked **Exhibit "2."** Moreover, during last year's rain in November 2025, I had 3 leaks in my house. The kitchen, living room, restroom and my daughter's room flooded. I had to replace tile, carpet and other repairs. The estimated cost to make all these repairs is an estimated $43,971.45. Attached hereto is a true and correct copy of the estimated from my insurance company marked **Exhibit "3."** I spent approximately $4,000.00 to make repairs for water damages to IGBI, the contractors for my insurance company. Attached hereto as **Exhibit "4"** is a true and correct copy of my billing statement from IGBI which breaks down the expenses done to my home. I have also been charged another bill for drying the walls and remove mold. This expense was approximately $4,000.00. I will file a supplemental exhibit to provide evidence of the $4,000.00 expense.

6.      I believe that this case will work. I am currently working for Vincent Martinez as his Assistant doing construction. I am being paid as an independent contractor. I am currently

**DECLARATION OF TIMOTHY ALEXANDER KYLE ARAGON IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE AUTOMATIC STAY**

- 2 -

averaging an estimated $9,320.00 per month and my domestic partner will also contribute an estimated $500.00 per month to assist me in making the plan and mortgage payments. My current monthly take home pay is an estimated $8,722.00.

7.    This bankruptcy is necessary for reorganization of my estate. I have over $203,000.00 in equity. My home is worth approximately $ 620,000.00 based on property comparables. I owe an estimated $401,000.00 to my Deed of Trust; Unified Mortgage and an estimated $14,226.81 to the Riverside County Tax Collector for a total debt of $416,000.00 resulting in approximately $203,000.00 in equity. I would like to save my home from foreclosure and protect my investment. Additionally, I paid over $74,564.00 to the Chapter 13 Trustee in my previous case. Attached hereto as **Exhibit "5"** is a true and correct copy of my TFS payment history.

8.    Therefore, I respectfully request that the court grants this motion so that I can avoid the foreclosure sale of my home and save my family's home.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing facts are known by me to be true and correct.

Executed on February 26, 2026 in Menifee, California.

Timothy Alexander Kyle Aragon, Debtor

**DECLARATION OF TIMOTHY ALEXANDER KYLE ARAGON IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE AUTOMATIC STAY**

# EXHIBIT "1"

DECLARATION OF TIMOTHY ALEXANDER KYLE ARAGON IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE
AUTOMATIC STAY

**INVOICE**

detraydrilling@gmail.com

**DeTray Drilling**

34130 Elliot Road
Winchester, CA 92596
(851) 658-9355

LIC. # 603728          DATE 1/8/25

TO _Tim Aragon_

ADDRESS _32225 Sunset Ave._

CITY _Menifee, CA 92584_

| DUE UPON RECEIPT | |
|---|---|
| _Service call_ | |
| 12/30 2½HRS \ LABOR | |
| 12/31 3 HRS \ 6½ HRS @ | |
| 1/2 3/4 HR / 215.00/HR | 1397.50 |
| | |
| Replace pump & motor w/ new | |
| 2 hp motor 5gpm pump | 3759.00 |
| Float Switch | 150.00 |
| | |
| | |
| * 5 YEAR WARRANTY on | |
| Pump & Motor | |
| Labor & other parts installed are | |
| additional. | |
| | |
| | |
| | |
| 3.5% surcharge on all debit card & credit card payments. | |
| A service charge of 1.5% (18% per annum) will be applied against account 30 days past due. A returned check fee of $25.00 will be applied to all returned checks. We accept Zelle and Venmo | 5306.50 |

# EXHIBIT "2"

DECLARATION OF TIMOTHY ALEXANDER KYLE ARAGON IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE
AUTOMATIC STAY



**Brake Masters**

31760 Mission Trail, Unit A
Lake Elsinore, CA 92530
BAR# ARD 00299259
EPA# CAL 000305720
(951) 245-1600
bmelsinore@gmail.com

**Invoice #135878**

Page 2 of 2
09/22/2025 5:23 PM

---

**LABOR**

REPLACE LOWER CONTROL ARM AND SWAY BAR LINKS

Labor: $720.00
Parts: $320.00
Fees: $0.00
Sublet: $0.00

| PARTS | PART # | QTY | EACH | TOTAL |
|---|---|---|---|---|
| SWAYBAR LINK KIT | K750500/CSK | 2.0 | $160.00 | $320.00 |
| FRONT LOWER CONTROL ARM - LEFT | 5CB50159/CSK | 1.0 | $0.00 | $0.00 |
| LOWER CONTROL ARM RIGHT | 5CB50158\CSK | 1.0 | $0.00 | $0.00 |

---

**4-WHEEL ALIGNMENT**

RECOMMEND REPLACE ALL TIRES.

**LABOR**

4-WHEEL ALIGNMENT

**SUBTOTAL: $89.95**

Labor: $89.95
Parts: $0.00
Fees: $0.00
Sublet: $0.00

---

**Terms of Service:**

ALL PARTS ARE NEW UNLESS OTHERWISE STATED
1. "YES, DO THIS WORK"
I hereby authorize the corresponding service to be done along with the necessary materials.
2. "YOU MAY DRIVE MY CAR ON PUBLIC ROADS"
Brake Master staff may operate my vehicle for the purpose of testing, inspection, and delivery.
3. "NO PAYMENT, NO KEYS"
An express lien is acknowledged on my vehicle to secure the amount of services thereto.
4. "ONLINE COMMUNICATION OK"
I welcome email from Brake Master as a means of receiving copies of my estimate, work order, and invoice.
5. "CARFAX REPORTING OK"
I Authorize Brake Masters to Communicate with Carfax about my vehicle.
6. I acknowledge notice of oral approval of an increase in the original estimated price.
7. "HERE'S MY SIGNATURE"
I endorse the attached digital image of my signature as equivalent to my written signature and as proof of my agreement to these SEVEN terms.
Reference estimate/Work Order #_____

**Authorization:**

_____

**GRAND TOTAL: $2,000.00**

Total Labor: $1,397.95
Labor Discount: ($28.68)
Total Parts: $579.98
Total Fees: $0.00
Total Sublets: $0.00
Sales Tax: $50.75

✔ **PAID**

09/22/2025 05:23 PM
Paid by Credit Card - VISA: **$2,000.00**



**Brake Masters**
31760 Mission Trail, Unit A
Lake Elsinore, CA 92530
BAR# ARD 00299259
EPA# CAL 000305720
(951) 245-1600
bmelsinore@gmail.com

**Invoice #136113**
Page 1 of 1
09/30/2025 4:47 PM

---

**KYLE ARAGON**
33785 TAMERRON WY.
WILDOMAR, CA 92595
kaextracted1205@gmail.com
+1 951-205-4745

**2014 Buick Enclave**
5GAKRBKD4EJ109963
Engine: 3.6L V6 (D) LLT
GAS FI
Plate: 7CVU470
Odometer In: 185197
Odometer Out: 185197

Advisor: 33 M.K.
Technician: 25 A.R.

**GRAND TOTAL: $900.38**

✔ PAID

---

## SERVICES

### REPLACE STARTER

**SUBTOTAL: $900.00**

**LABOR**

REPLACE STARTER

Labor: $450.00
Parts: $450.00
Fees: $0.00
Sublet: $0.00

| PARTS | PART # | QTY | EACH | TOTAL |
|---|---|---|---|---|
| NEW STARTER | 12645298/PA | 1.0 | $450.00 | $450.00 |

---

**Terms of Service:**

ALL PARTS ARE NEW UNLESS OTHERWISE STATED
1. "YES, DO THIS WORK"
I hereby authorize the corresponding service to be done along with the necessary materials.
2. "YOU MAY DRIVE MY CAR ON PUBLIC ROADS"
Brake Master staff may operate my vehicle for the purpose of testing, inspection, and delivery.
3. "NO PAYMENT, NO KEYS"
An express lien is acknowledged on my vehicle to secure the amount of services thereto.
4. "ONLINE COMMUNICATION OK"
I welcome email from Brake Master as a means of receiving copies of my estimate, work order, and invoice.
5. "CARFAX REPORTING OK"
I Authorize Brake Masters to Communicate with Carfax about my vehicle.
6. I acknowledge notice of oral approval of an increase in the original estimated price.
7. "HERE'S MY SIGNATURE"
I endorse the attached digital image of my signature as equivalent to my written signature and as proof of my agreement to these SEVEN terms.
Reference estimate/Work Order #_____

**Authorization:**

---

**GRAND TOTAL: $900.38**

Total Labor: $450.00
Labor Discount: ($39.00)
Total Parts: $450.00
Total Fees: $0.00
Total Sublets: $0.00
Sales Tax: $39.38

✔ PAID

09/30/2025 04:47 PM
Paid by Credit Card - VISA: **$900.38**



**Brake Masters**
31760 Mission Trail, Unit A
Lake Elsinore, CA 92530
BAR# ARD 00299259
EPA# CAL 000305720
(951) 245-1600
bmelsinore@gmail.com

**Invoice #136253**
Page 1 of 1
10/04/2025 8:59 AM

---

**KYLE ARAGON**
33785 TAMERRON WY,
WILDOMAR, CA 92595
kaextracted1205@gmail.com
+1 951-205-4745

**2014 Buick Enclave**
5GAKRBKD4EJ109963
Engine: 3.6L V6 (D) LLT
GAS FI
Plate: 7CVU470
Odometer In: 185199
Odometer Out: 185199

Advisor: 33 M.K.
Technician: 01 R.G.

**GRAND TOTAL: $505.14**

✔ PAID

---

## SERVICES

### REPLACE PURGE SOLENOID AND MAF SENSOR

REPLACED SENSORS, CHECKED VEHICLE FOR CODES AFTER REPLACING SENSORS
AND THE SCANNER STATED THAT TIMING CHAIN SET MAY NEED TO BE REPLACED

IF VEHICLE HAS STARTING ISSUES. CUSTOMER ADVISED AND AWARE OF THE
SITUATION.

**SUBTOTAL: $478.98**

Labor: $180.00
Parts: $298.98
Fees: $0.00
Sublet: $0.00

**LABOR**

REPLACE PURGE SOLENOID AND MAF SENSOR

| PARTS | PART # | QTY | EACH | TOTAL |
|---|---|---|---|---|
| CAMSHAFT POSITION SENSOR | 12684186/PA | 1.0 | $59.00 | $59.00 |
| MASS AIR FLOW SENSOR | MAF0120\CSK | 1.0 | $129.99 | $129.99 |
| CANISTER PURGE SOLENOID | CP612/CSK | 1.0 | $109.99 | $109.99 |

---

### Terms of Service:

ALL PARTS ARE NEW UNLESS OTHERWISE STATED
1. "YES, DO THIS WORK"
I hereby authorize the corresponding service to be done along with the necessary materials.
2. "YOU MAY DRIVE MY CAR ON PUBLIC ROADS"
Brake Master staff may operate my vehicle for the purpose of testing, inspection, and
delivery.
3. "NO PAYMENT, NO KEYS"
An express lien is acknowledged on my vehicle to secure the amount of services thereto.
4. "ONLINE COMMUNICATION OK"
I welcome email from Brake Master as a means of receiving copies of my estimate, work
order, and invoice.
5. "CARFAX REPORTING OK"
I Authorize Brake Masters to Communicate with Carfax about my vehicle.
6. I acknowledge notice of oral approval of an increase in the original estimated price.
7. "HERE'S MY SIGNATURE"
I endorse the attached digital image of my signature as equivalent to my written signature
and as proof of my agreement to these SEVEN terms.
Reference estimate/Work Order #_____

**GRAND TOTAL: $505.14**

Total Labor: $180.00
Total Parts: $298.98
Total Fees: $0.00
Total Sublets: $0.00
Sales Tax: $26.16

✔ PAID

10/04/2025 08:59 AM
Paid by Credit Card - VISA: **$505.14**

**Authorization:**

_____



**Brake Masters**
31760 Mission Trail, Unit A
Lake Elsinore, CA 92530
BAR# ARD 00299259
EPA# CAL 000305720
(951) 245-1600
bmelsinore@gmail.com

**Invoice #135878**
Page 1 of 2
09/22/2025 5:23 PM

---

**KYLE ARAGON**
33785 TAMERRON WY.
WILDOMAR, CA 92595
kaextracted1205@gmail.com
+1 951-205-4745

**2014 Buick Enclave**
5GAKRBKD4EJ109963
Engine: 3.6L V6 (D) LLT
GAS FI
Plate: 7CVU470
Odometer In: 185187
Odometer Out: 185187

Advisor: 33 M.K.
Technician: 15 A.C.

**GRAND TOTAL: $2,000.00**

| ✔ PAID |

---

## SERVICES

### FRONT DISC BRAKE SERVICE

BRAKE PADS UNDER WARRANTY

**LABOR**

FRONT DISC BRAKE SERVICE LABOR

**SUBTOTAL: $397.98**

Labor: $138.00
Parts: $259.98
Fees: $0.00
Sublet: $0.00

| PARTS | PART # | QTY | EACH | TOTAL |
|---|---|---|---|---|
| BRAKE PADS | DG1169A/AZ | 1.0 | $0.00 | $0.00 |
| FRONT BRAKE ROTORS | 41232/AZ | 2.0 | $129.99 | $259.98 |

---

### REAR DISC BRAKE SERVICE

REAR BRAKE PADS UNDER WARRANTY

**LABOR**

REAR DISC BRAKE LABOR

**SUBTOTAL: $0.00**

Labor: $0.00
Parts: $0.00
Fees: $0.00
Sublet: $0.00

| PARTS | PART # | QTY | EACH | TOTAL |
|---|---|---|---|---|
| BRAKE PAD | DG883/AZ | 1.0 | $0.00 | $0.00 |

---

### REPLACE FRONT STRUTS

STRUTS UNDER WARRANTY.

**LABOR**

REPALCE FRONT STRUTS

**SUBTOTAL: $450.00**

Labor: $450.00
Parts: $0.00
Fees: $0.00
Sublet: $0.00

| PARTS | PART # | QTY | EACH | TOTAL |
|---|---|---|---|---|
| STRUT ASSEMBLY | 33GM1155/CSK | 2.0 | $0.00 | $0.00 |

---

### REPLACE LOWER CONTROL ARMS AND SWAY BAR LINK

**SUBTOTAL: $1,040.00**

# EXHIBIT "3"

## IGBI

| | | | |
|---|---|---|---|
| Insured: | Kyle Aragon | Home: | (951) 259-5101 |
| Property: | 32225 Sunset Avenue | E-mail: | kaextracted1205@gmail.com |
| | Menifee, CA 92584 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Jordan Klinefelter | Business: | (813) 205-1416 |
| Position: | Adjuster | E-mail: | jklinefelter@heritagecompanies.com |
| Company: | Heritage Insurance Company | | |

| | | | |
|---|---|---|---|
| Estimator: | Institute of Good & Better Ideas | E-mail: | igbiinfo@gmail.com |
| Company: | Jason May | | |
| Business: | 4902 Valley Ridge Ave | | |
| | View Park , CA 90043 | | |

**Claim Number:** N010049060        **Policy Number:**                 **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 11/29/2025 11:48 AM | | |
| Date of Loss: | 11/23/2025 4:47 PM | Date Received: | 11/30/2025 4:30 AM |
| Date Inspected: | 11/30/2025 4:30 AM | Date Entered: | 12/17/2025 11:40 AM |

| | |
|---|---|
| Price List: | CABD8X_DEC25 |
| | Restoration/Service/Remodel |
| Estimate: | ARAGON_KYLE |

**Jason Fritz May**
4902 Valley Ridge Ave
View Park, CA 90043
email: igbiinfo@gmail.com
Contractor License State of California 898444
IICRC Water Mitigation Certified Technician #70029156
Telephone: (323) 829-2883
Home was damaged by wind forced rain. The dwelling has a metal roof. The roof was inspected. There were dislodged fasteners and separated, loose vent, metal roof sheathing and separated exposed roof members.  The roof requires, demo, repair and paint. The drywall and the ceiling and exterior walls were wet and contained mold in the living room east side and bedroom 1 west side. COntents were moved, a emergency visit and electrical test performed before leaving drying equipment. A roof inspection and EMS completed.

**IGBI**

ARAGON_KYLE

**Main Level**



**Roof1**

| 1,442.88 | Surface Area | 14.43 | Number of Squares |
| 153.11 | Total Perimeter Length | 43.00 | Total Ridge Length |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 68. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | | 900.75 | 0.00 | 0.00 | 180.16 | 1,080.91 |
| Allow for hauling and dumping of metal roof materials. | | | | | | | |
| 73. R&R Hip / Ridge cap - metal roofing | 68.00 LF | | 5.09 | 8.33 | 17.61 | 186.02 | 1,116.19 |
| Metal ridge separation causes leakage from wind. | | | | | | | |
| 76. Metal roofing - Detach & reset | 440.00 SF | | 0.00 | 4.22 | 5.39 | 372.44 | 2,234.63 |
| Replace damaged metal roof panels. | | | | | | | |
| 78. R&R Roof vent - turtle type - Metal | 1.00 EA | | 13.83 | 90.96 | 2.10 | 21.38 | 128.27 |
| Allow for hood range leak. | | | | | | | |
| 79. Prime & paint metal roofing | 1,442.88 SF | | 0.00 | 1.15 | 42.93 | 340.44 | 2,042.68 |
| Allow for uniformity post repair. | | | | | | | |
| 81. R&R Closure strips for metal roofing - inside and/or outside | 86.00 LF | | 1.27 | 2.84 | 3.84 | 71.44 | 428.74 |
| 84. R&R Pitch transition flashing for metal roofing - 26 gauge | 86.00 LF | | 1.44 | 10.02 | 30.63 | 203.22 | 1,219.41 |
| The pitch change at the end of the wall is damaged and must be replaced to stop leakage. | | | | | | | |
| 75. Roofer - per hour | 16.00 HR | | 0.00 | 198.07 | 0.00 | 633.82 | 3,802.94 |
| Allow for repair of roof fasteners and silicone water proofing. | | | | | | | |
| 86. R&R Neoprene pipe jack flashing for metal roofing | 8.00 EA | | 12.17 | 83.59 | 22.92 | 157.80 | 946.80 |
| Allow to prevent water intrusions. | | | | | | | |
| 70. Butyl tape / sealing metal roofing panels for low slopes | 86.00 LF | | 0.00 | 1.52 | 0.90 | 26.32 | 157.94 |
| 69. R&R Fireplace - chimney chase cover - sheet metal | 1.00 EA | | 28.86 | 422.01 | 18.55 | 93.90 | 563.32 |
| Chimney has no required cover. | | | | | | | |
| 94. Cleaning Technician - per hour | 8.00 HR | | 0.00 | 66.65 | 0.00 | 106.64 | 639.84 |
| Allow for cleaning exterior. | | | | | | | |
| Totals: Roof1 | | | | | 144.87 | 2,393.58 | 14,361.67 |

**IGBI**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total: Main Level | | | | | 144.87 | 2,393.58 | 14,361.67 |

## Dwelling

**Dwelling**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 67. Single axle dump truck - per load - including dump fees | 1.00 EA | | 307.00 | 0.00 | 0.00 | 61.40 | 368.40 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total: Dwelling | | | | | 0.00 | 61.40 | 368.40 |



| **Family room open to kitchen** | | **Height: 8'** |
|---|---|---|
| 605.33 SF Walls | 217.81 SF Ceiling | |
| 823.15 SF Walls & Ceiling | 217.81 SF Floor | |
| 24.20 SY Flooring | 75.67 LF Floor Perimeter | |
| 75.67 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. R&R Tile base | 42.00 LF | | 3.26 | 17.80 | 15.14 | 179.92 | 1,079.58 |
| 3. R&R Tile floor covering | 217.81 SF | | 3.84 | 12.48 | 105.01 | 731.94 | 4,391.61 |
| 4. Grout sealer | 217.81 SF | | 0.00 | 1.47 | 3.62 | 64.76 | 388.56 |
| 5. Contents - move out then reset - Extra large room | 2.00 EA | | 0.00 | 276.85 | 0.00 | 110.74 | 664.44 |
| 7. R&R 1/2" drywall - hung, taped, floated, ready for paint | 96.00 SF | | 0.65 | 3.75 | 5.96 | 85.68 | 514.04 |
| 9. R&R 5/8" drywall - hung, taped, floated, ready for paint | 64.00 SF | | 0.66 | 3.91 | 4.48 | 59.38 | 356.34 |
| 10. Seal/prime (1 coat) then paint (1 coat) the surface area | 365.00 SF | | 0.00 | 1.14 | 7.67 | 84.76 | 508.53 |
| 12. R&R Batt insulation - 10" - R30 - unfaced batt | 160.00 SF | | 0.58 | 1.95 | 19.88 | 84.94 | 509.62 |
| 16. R&R Television cable outlet | 1.00 EA | | 8.26 | 97.23 | 2.10 | 21.52 | 129.11 |
| 17. TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | | 0.00 | 62.75 | 0.00 | 12.56 | 75.31 |
| 23. R&R Recessed light fixture - canless LED - up to 8" | 4.00 EA | | 1.93 | 68.17 | 10.56 | 58.20 | 349.16 |
| Electrical device corrosion from moisture. | | | | | | | |
| 21. R&R Fireplace screen | 1.00 EA | | 12.15 | 189.46 | 13.33 | 43.00 | 257.94 |
| Fireplace screen is damaged. | | | | | | | |
| 22. R&R Fireplace hearth - tile | 18.00 SF | | 4.81 | 19.28 | 13.69 | 89.46 | 536.77 |
| Currently the required heart tile has been removed. | | | | | | | |
| 19. R&R Fireplace mantel - paint grade - prefab. | 1.00 EA | | 82.46 | 730.41 | 42.25 | 171.04 | 1,026.16 |
| Allow detach reset at fireplace to remove wet drywall behind mantle. | | | | | | | |

**IGBI**

**CONTINUED - Family room open to kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 92. Outlet or switch - Detach & reset | 2.00 EA | | 0.00 | 25.95 | 0.00 | 10.38 | 62.28 |
| 14. R&R Outlet - High grade | 6.00 EA | | 7.75 | 27.21 | 4.40 | 42.84 | 257.00 |
| Allow for replacement of receptacles and tv cables at fireplace. Damage by water. | | | | | | | |
| 32. Paint door or window opening - Large - 2 coats (per side) | 5.00 EA | | 0.00 | 44.43 | 3.40 | 45.12 | 270.67 |
| 55. Mask the walls per square foot - plastic and tape - 4 mil | 605.33 SF | | 0.00 | 0.29 | 3.71 | 35.86 | 215.12 |
| 88. Window Treatment - Labor Minimum | 3.00 EA | | 0.00 | 200.11 | 0.00 | 120.06 | 720.39 |
| Allow for detach reset of 3 windows in open area. | | | | | | | |

| Totals: Family room open to kitchen | | | | | 255.20 | 2,052.16 | 12,312.63 |
|---|---|---|---|---|---|---|---|



**Bedroom 1closet**                                                      **Height: 8'**

| | |
|---|---|
| 137.33 SF Walls | 13.17 SF Ceiling |
| 150.50 SF Walls & Ceiling | 13.17 SF Floor |
| 1.46 SY Flooring | 17.17 LF Floor Perimeter |
| 17.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 47. Paint the walls and ceiling - two coats | 150.50 SF | | 0.00 | 1.20 | 4.35 | 37.00 | 221.95 |
| 48. Interior door - Detach & reset | 1.00 EA | | 0.00 | 106.06 | 0.09 | 21.24 | 127.39 |
| 49. Seal & paint closet shelving - linen closet | 1.00 EA | | 0.00 | 107.24 | 1.69 | 21.78 | 130.71 |
| 54. Mask the walls per square foot - plastic and tape - 4 mil | 137.33 SF | | 0.00 | 0.29 | 0.84 | 8.12 | 48.79 |
| 63. Cleaning Technician - per hour | 4.00 HR | | 0.00 | 66.65 | 0.00 | 53.32 | 319.92 |
| 59. R&R 1/2" drywall - hung, taped, floated, ready for paint | 96.00 SF | | 0.65 | 3.75 | 5.96 | 85.68 | 514.04 |
| 60. R&R 5/8" drywall - hung, taped, floated, ready for paint | 64.00 SF | | 0.66 | 3.91 | 4.48 | 59.38 | 356.34 |
| 61. Seal/prime (1 coat) then paint (1 coat) the surface area | 365.00 SF | | 0.00 | 1.14 | 7.67 | 84.76 | 508.53 |
| 62. R&R Batt insulation - 10" - R30 - unfaced batt | 160.00 SF | | 0.58 | 1.95 | 19.88 | 84.94 | 509.62 |

| Totals: Bedroom 1closet | | | | | 44.96 | 456.22 | 2,737.29 |
|---|---|---|---|---|---|---|---|

**IGBI**

**Bedroom 1** — **Height: 8'**

| 430.67 SF Walls | 158.53 SF Ceiling |
|---|---|
| 589.19 SF Walls & Ceiling | 158.53 SF Floor |
| 17.61 SY Flooring | 53.83 LF Floor Perimeter |
| 53.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 50. Content Manipulation charge - per hour | 4.00 HR | | 0.00 | 62.88 | 0.00 | 50.30 | 301.82 |
| 53. Mask the walls per square foot - plastic and tape - 4 mil | 430.67 SF | | 0.00 | 0.29 | 2.64 | 25.50 | 153.03 |
| 56. Reglaze window, 10 - 16 sf | 1.00 EA | | 0.00 | 163.75 | 6.58 | 34.08 | 204.41 |
| Allow for for weather proofing. Window showed leakage. | | | | | | | |
| 58. Paint door or window opening - Large - 2 coats (per side) | 4.00 EA | | 0.00 | 44.43 | 2.72 | 36.08 | 216.52 |

| Totals: Bedroom 1 | | | | | 11.94 | 145.96 | 875.78 |
|---|---|---|---|---|---|---|---|

**Living room open to kitchen** — **Height: 8'**

| 873.33 SF Walls | 732.88 SF Ceiling |
|---|---|
| 1,606.21 SF Walls & Ceiling | 732.88 SF Floor |
| 81.43 SY Flooring | 109.17 LF Floor Perimeter |
| 109.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 24. Range hood - Detach & reset | 1.00 EA | | 0.00 | 125.39 | 0.00 | 25.08 | 150.47 |
| Allow for repair of leaking range hood. | | | | | | | |
| 31. Paint door or window opening - Large - 2 coats (per side) | 5.00 EA | | 0.00 | 44.43 | 3.40 | 45.12 | 270.67 |
| 3 French doors, entry and kitchen window. | | | | | | | |
| 26. Paint the walls and ceiling - two coats | 1,606.21 SF | | 0.00 | 1.20 | 46.38 | 394.78 | 2,368.61 |
| Add for 11 foot vaulted ceiling. | | | | | | | |
| 27. Scaffolding Setup & Take down - per hour | 6.00 HR | | 0.00 | 62.88 | 0.00 | 75.46 | 452.74 |
| Delivery set up, move throughout dwelling and take down. Ceilings are vaulted over 11 feet. | | | | | | | |
| 29. Scaffold - per section (per day) | 32.00 DA | | 0.00 | 27.74 | 0.00 | 177.54 | 1,065.22 |
| 8 sections 4 days. | | | | | | | |
| 25. Content Manipulation charge - per hour | 8.00 HR | | 0.00 | 62.88 | 0.00 | 100.60 | 603.64 |

**IGBI**

**CONTINUED - Living room open to kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Allow for contents in living room and kitchen to be removed during work. | | | | | | | |
| 30. Additional cost for high wall or ceiling - 11' to 14' high | 800.00 SF | | 0.22 | 0.86 | 0.00 | 172.80 | 1,036.80 |
| 33. Tile / Cultured Marble Installer - per hour | 8.00 HR | | 0.00 | 97.42 | 0.00 | 155.88 | 935.24 |
| Repair tile loose from water intrusion. | | | | | | | |
| 40. Seal (1 coat) & paint (1 coat) baseboard | 109.17 LF | | 0.00 | 1.76 | 1.53 | 38.72 | 232.39 |
| 39. Paint cafe doors - pair - 2 coats (per side) | 6.00 EA | | 0.00 | 37.11 | 3.13 | 45.16 | 270.95 |
| 46. Detach & Reset Hanging light fixture | 1.00 EA | 80.37 | 0.00 | 0.00 | 0.00 | 16.08 | 96.45 |
| 45. Ceiling fan - Detach & reset | 3.00 EA | | 0.00 | 257.65 | 0.00 | 154.60 | 927.55 |
| 44. Recessed light fixture - Detach & reset entire unit | 12.00 EA | | 0.00 | 168.53 | 0.00 | 404.48 | 2,426.84 |
| 51. Mask the walls per square foot - plastic and tape - 4 mil | 873.33 SF | | 0.00 | 0.29 | 5.35 | 51.74 | 310.36 |
| 65. Cleaning Technician - per hour | 8.00 HR | | 0.00 | 66.65 | 0.00 | 106.64 | 639.84 |
| 90. Door bell/chime - Detach & reset | 1.00 EA | | 0.00 | 68.39 | 0.00 | 13.68 | 82.07 |
| 91. R&R Security system - motion detector | 1.00 EA | | 34.76 | 204.29 | 8.26 | 49.48 | 296.79 |
| 93. Outlet or switch - Detach & reset | 8.00 EA | | 0.00 | 25.95 | 0.00 | 41.52 | 249.12 |
| Totals: Living room open to kitchen | | | | | 68.05 | 2,069.36 | 12,415.75 |

**Living room closet**  **Height: 8'**

93.33 SF Walls  7.67 SF Ceiling
101.00 SF Walls & Ceiling  7.67 SF Floor
0.85 SY Flooring  11.67 LF Floor Perimeter
11.67 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 35. Paint the walls and ceiling - two coats | 101.00 SF | | 0.00 | 1.20 | 2.92 | 24.82 | 148.94 |
| 36. Interior door - Detach & reset | 1.00 EA | | 0.00 | 106.06 | 0.09 | 21.24 | 127.39 |
| 38. Seal & paint closet shelving - linen closet | 1.00 EA | | 0.00 | 107.24 | 1.69 | 21.78 | 130.71 |
| 52. Mask the walls per square foot - plastic and tape - 4 mil | 93.33 SF | | 0.00 | 0.29 | 0.57 | 5.54 | 33.18 |
| Totals: Living room closet | | | | | 5.27 | 73.38 | 440.22 |

## IGBI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total: Dwelling | | | | | 385.42 | 4,858.48 | 29,150.07 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 18. Finish hardware labor minimum | 1.00 EA | | 0.00 | 137.36 | 0.00 | 27.48 | 164.84 |
| 37. Finish carpentry labor minimum | 1.00 EA | | 0.00 | 33.65 | 0.00 | 6.74 | 40.39 |
| 57. Window labor minimum | 1.00 EA | | 0.00 | 212.06 | 0.00 | 42.42 | 254.48 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 76.64 | 459.71 |
| **Line Item Totals: ARAGON_KYLE** | | | | | **530.29** | **7,328.70** | **43,971.45** |

| Additional Charges | Charge |
|---|---|
| California Lumber Assessment Fee | 0.59 |
| **Additional Charges Total** | **$0.59** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,140.00 | SF Walls | 1,130.05 | SF Ceiling | 3,270.05 | SF Walls and Ceiling |
| 1,130.05 | SF Floor | 125.56 | SY Flooring | 267.50 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 267.50 | LF Ceil. Perimeter |
| | | | | | |
| 1,130.05 | Floor Area | 1,201.63 | Total Area | 2,140.00 | Interior Wall Area |
| 1,590.30 | Exterior Wall Area | 159.33 | Exterior Perimeter of Walls | | |
| | | | | | |
| 1,697.97 | Surface Area | 16.98 | Number of Squares | 218.74 | Total Perimeter Length |
| 63.17 | Total Ridge Length | 0.00 | Total Hip Length | | |

**IGBI**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 36,112.46 |
| California Lumber Assessment Fee | 0.59 |
| Material Sales Tax | 530.29 |
| | |
| Subtotal | 36,643.34 |
| Overhead | 3,664.41 |
| Profit | 3,664.41 |
| | |
| **Replacement Cost Value** | **$43,972.16** |
| **Net Claim** | **$43,972.16** |

Institute of Good & Better Ideas

**IGBI**

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| APPLIANCES | 125.39 | 0.29% |
| CLEANING | 1,333.00 | 3.03% |
| CONTENT MANIPULATION | 1,308.26 | 2.98% |
| GENERAL DEMOLITION | 3,749.60 | 8.53% |
| DOORS | 212.12 | 0.48% |
| DRYWALL | 1,908.48 | 4.34% |
| ELECTRICAL | 792.67 | 1.80% |
| FLOOR COVERING - CERAMIC TILE | 3,786.05 | 8.61% |
| FINISH CARPENTRY / TRIMWORK | 33.65 | 0.08% |
| FINISH HARDWARE | 200.11 | 0.46% |
| FIREPLACES | 1,688.92 | 3.84% |
| INSULATION | 624.00 | 1.42% |
| LIGHT FIXTURES | 3,148.36 | 7.16% |
| METAL STRUCTURES & COMPONENTS | 1,856.80 | 4.22% |
| PAINTING | 6,592.67 | 14.99% |
| ROOFING | 5,731.92 | 13.04% |
| SCAFFOLDING | 1,264.96 | 2.88% |
| TILE | 779.36 | 1.77% |
| WINDOW REGLAZING & REPAIR | 163.75 | 0.37% |
| WINDOW TREATMENT | 600.33 | 1.37% |
| WINDOWS - WOOD | 212.06 | 0.48% |
| O&P Items Subtotal | 36,112.46 | 82.13% |
| Permits and Fees | 0.59 | 0.00% |
| Material Sales Tax | 530.29 | 1.21% |
| Overhead | 3,664.41 | 8.33% |
| Profit | 3,664.41 | 8.33% |
| **Total** | 43,972.16 | 100.00% |

ARAGON_KYLE                                    12/17/2025            Page: 9

**IGBI**



**IGBI**

9

10

11

12

13

14

15

16

**IGBI**

17

18

19

20

21

22

23

24

**IGBI**

25

26

27

28

29

30

31

32

**IGBI**



**IGBI**



**IGBI**

49

50

51

52

53

54

55

56

**IGBI**



**IGBI**

| | Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 1 | 1-Metal Roof Ridge Pipe | | |
| 2 | 2-Chimney cap | | |
| 3 | 3-Bedroom 1 protect contents | | |
| 4 | 4-EMS Bedroom 1 | | |
| 5 | 5-EMS Bedroom 1 | | |
| 6 | 6-EMS | | |
| 7 | 7-Living room kitchen | | |
| 8 | 8-Metal roof separation | | |
| 9 | 9-Metal roof drip edge | | |
| 10 | 10-Moisture readings | | |
| 11 | 11-Moisture readings | | |
| 12 | 12-Metal roof drip edge | | |
| 13 | 13-Metal roof damage slope change | | |
| 14 | 14-Metal roof pipes | | |
| 15 | 15-Metal roof pipes | | |
| 16 | 16-Metal roof slope change | | |
| 17 | 17-Metal roof slope change | | |
| 18 | 18-Metal roof slope change | | |

ARAGON_KYLE                                                           12/17/2025        Page: 18

**IGBI**

| Continued - Image Detail | | | |
| --- | --- | --- | --- |
| Image No. | Type | Date Taken | Taken By |
| 19 | 19-Chimney | | |
| 20 | 20-Metal roof ridge end | | |
| 21 | 21-Metal roof ridge end | | |
| 22 | 22-Metal roof ridge end | | |
| 23 | 23-Metal roof separation | | |
| 24 | 24-Metal roof pitch transition | | |
| 25 | 25-Metal roof fasteners | | |
| 26 | 26-Metal roof ridge separation | | |
| 27 | 27-Metal rood ridge separartion | | |
| 28 | 28-Metal roof ridge separation | | |
| 29 | 31-Metal roof pitch transition | | |
| 30 | 32-Metal roof vent cap weather proof | | |
| 31 | 33-Chimney | | |
| 32 | 34-Metal roof pipe | | |
| 33 | 35-Metal roof pitch transition | | |
| 34 | 36-Metal roof end cap | | |
| 35 | 37-Metal roof | | |
| 36 | 38-Metal roof pitch transition | | |
| 37 | 39-Metal roof | | |

**IGBI**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 38 | 40-Family room | | |
| 39 | 41-Family room | | |
| 40 | 42-Family room | | |
| 41 | 43-Living room content | | |
| 42 | 44-Electric | | |
| 43 | 45-Family room mantle | | |
| 44 | 46-Mold insulation | | |
| 45 | 48-Living room content | | |
| 46 | 49-Family room | | |
| 47 | 50-Family room | | |
| 48 | 51-Family room fireplace | | |
| 49 | 52-Family room EMS | | |
| 50 | 53-EMS | | |
| 51 | 54-Family room | | |
| 52 | 56-EMS | | |
| 53 | 57-EMS Family room | | |
| 54 | 58-EMS Family room | | |
| 55 | 59-EMS Family room | | |
| 56 | 60-Family room | | |

**IGBI**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 57 | 61-Family room | | |



Main Level        Page: 22

12/17/2025

Main Level

ARAGON_KYLE

Dwelling

Page: 23

12/17/2025

Bedroom 1

Bedroom 1 closet

Living room closet

Living room open to kitchen

Family room open to kitchen

Dwelling

ARAGON_KYLE

# EXHIBIT "4"

DECLARATION OF TIMOTHY ALEXANDER KYLE ARAGON IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE
AUTOMATIC STAY

4902 Valley Ridge Ave Los Angeles, Ca 90043
Tel.: (323) 829-2883
Email: igbiinfo@gmail.com
Jason May, MA
General Contractor B
License #898444



IGBI

2/20/2026

Accounting  Timothy Aragon Kyle

| | |
|---|---|
| Insulation, Drywall and mud (labor & materials) | $1,500.00 |
| Roof tarp fans (materials $150) | $650.00 |
| Roof inspection and report (inspection report documents city county and roofer) | $850.00 |
| Revised roof and repair estimates | $1,500.00 |
| Total: | $4,500.00 |

Paid                                    $4,000.00

Request                                              $500.00

# EXHIBIT "5"

Welcome, Onyinye Anyama
Log Out

Search by Case / Last Name

## All Transactions

**Name**

Timothy Aragon

**Address**

32225 Sunset Ave, Menifee, CA, 92584

**Completed Transactions**

20

**Paid via TFS**

$74,564.00

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| **September 30, 2025** | Automatic Payment | 23-15031 | October 06, 2025 | October 07, 2025 | 19769028 | $4,735.00 | Complete |
| **September 29, 2025** | Automatic Payment | 23-15031 | | | 19733617 | $4,735.00 | Failed |
| **September 02, 2025** | Automatic Payment | 23-15031 | | | 19527891 | $4,735.00 | Failed |
| **August 12, 2025** | Automatic Payment | 23-15031 | August 18, 2025 | August 19, 2025 | 19370747 | $4,735.00 | Complete |
| **July 30, 2025** | Automatic Payment | 23-15031 | | | 19271980 | $4,735.00 | Failed |
| **July 07, 2025** | Automatic Payment | 23-15031 | July 11, 2025 | July 14, 2025 | 19075716 | $4,735.00 | Complete |
| **June 30, 2025** | Automatic Payment | 23-15031 | | | 19039311 | $4,735.00 | Failed |
| **June 12, 2025** | Automatic Payment | 23-15031 | June 18, 2025 | June 20, 2025 | 18895581 | $4,735.00 | Complete |
| **June 06, 2025** | Automatic Payment | 23-15031 | | | 18848721 | $4,735.00 | Failed |

TFS - The Online & Automated Solution to Chapter 13 Bankruptcy Payments

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| May 29, 2025 | Automatic Payment | 23-15031 | | | 18787951 | $4,735.00 | Failed |
| May 07, 2025 | Automatic Payment | 23-15031 | May 13, 2025 | May 14, 2025 | 18624451 | $4,735.00 | Complete |
| May 01, 2025 | Monthly Plan Payment | 23-15031 | | | 18571531 | $4,735.00 | Cancelled |
| April 28, 2025 | Automatic Payment | 23-15031 | | | 18549821 | $4,735.00 | Failed |
| March 28, 2025 | Automatic Payment | 23-15031 | April 03, 2025 | April 04, 2025 | 18318518 | $4,735.00 | Complete |
| January 24, 2025 | Automatic Payment | 23-15031 | | | 17831605 | $2,400.00 | Failed |
| December 23, 2024 | Automatic Payment | 23-15031 | December 30, 2024 | December 31, 2024 | 17597557 | $4,036.00 | Complete |
| November 25, 2024 | Automatic Payment | 23-15031 | December 02, 2024 | December 03, 2024 | 17383666 | $4,036.00 | Complete |
| October 28, 2024 | Automatic Payment | 23-15031 | November 01, 2024 | November 04, 2024 | 17181053 | $4,036.00 | Complete |
| October 23, 2024 | Automatic Payment | 23-15031 | | | 17152762 | $4,036.00 | Failed |
| September 30, 2024 | Automatic Payment | 23-15031 | October 04, 2024 | October 07, 2024 | 16958794 | $4,036.00 | Complete |
| September 23, 2024 | Automatic Payment | 23-15031 | | | 16935759 | $4,036.00 | Failed |
| August 23, 2024 | Automatic Payment | 23-15031 | August 29, 2024 | August 30, 2024 | 16722284 | $4,036.00 | Complete |
| July 23, 2024 | Automatic Payment | 23-15031 | July 29, 2024 | July 30, 2024 | 16502551 | $4,110.00 | Complete |
| June 23, 2024 | Automatic Payment | 23-15031 | | | 16295330 | $4,110.00 | Cancelled |

The Online Automated Paralegal Chapter 13 Bankruptcy Payments

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| May 23, 2024 | Automatic Payment | 23-15031 | May 30, 2024 | May 31, 2024 | 16078427 | $4,110.00 | Complete |
| April 29, 2024 | Automatic Payment | 23-15031 | May 03, 2024 | May 06, 2024 | 15898617 | $4,110.00 | Complete |
| April 23, 2024 | Automatic Payment | 23-15031 | | | 15870067 | $4,110.00 | Failed |
| April 22, 2024 | Automatic Payment | 23-15031 | | | 15863455 | $4,110.00 | Cancelled |
| March 22, 2024 | Automatic Payment | 23-15031 | March 28, 2024 | March 29, 2024 | 15651885 | $4,110.00 | Complete |
| February 27, 2024 | Monthly Plan Payment | 23-15031 | March 04, 2024 | March 05, 2024 | 15477129 | $300.00 | Complete |
| February 26, 2024 | Automatic Payment | 23-15031 | March 01, 2024 | March 04, 2024 | 15452470 | $3,900.00 | Complete |
| January 29, 2024 | Automatic Payment | 23-15031 | | | 15286228 | $1,217.00 | Failed |
| January 02, 2024 | Monthly Plan Payment | 23-15031 | January 08, 2024 | January 09, 2024 | 15098468 | $2,900.00 | Complete |
| December 29, 2023 | Automatic Payment | 23-15031 | January 05, 2024 | January 08, 2024 | 15084962 | $1,217.00 | Complete |
| November 29, 2023 | Automatic Payment | 23-15031 | December 05, 2023 | December 06, 2023 | 14887472 | $1,217.00 | Complete |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18000 Studebaker Rd Ste 325,**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): __**Notice of Motion and Motion in Individual Case for**__
__**Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate**__ will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders
and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __2/26/26__, I
checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are
on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson: notice-efile@rodan13.com**
**United States Trustee: ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __2/26/26__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Attn Judge Reyes-Bordeaux**
**3420 Twelfth Street, Suite 365 / Courtroom 303**
**Riverside, CA 92501-3819**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for**
**each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __2/26/26__, I served the following persons
and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by
facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or
overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Neil B Katz: neilkatz56@gmail.com**
**Scott/Tiffani/Michel Paul: umsi4you@umsi.biz**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 26, 2026** | **Onyinye N Anyama** | **/s/ Onyinye N Anyama** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 10                        **F 4001-1.IMPOSE.STAY.MOTION**

Timothy Alexander Kyle Aragon
32225 Sunset Ave
Menifee, CA 92584


Onyinye N Anyama
Anyama Law Firm, APC
18000 Studebaker Rd Ste 325,
Cerritos, CA 90703


Awa Collections
Attn: Bankruptcy
P O Box 6605
Orange, CA 92863


Bass Pro
2500 East Kearney Street
Springfield, MO 65898


CBA
Attn: Bankruptcy
Po Box 5013
Hayward, CA 94540


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062


Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113


Inland Valley Medical Center
c/o Western Region CBO
2700 Fire Mesa St
Las Vegas, NV 89128

Law Office of Richard G. Witkin APC
5805 Sepulveda Blvd, Suite 670
Van Nuys, CA 91411


Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Riverside County Tax Collector
4080 Lemon St
Riverside, CA 92501


Santander Consumer USA, Inc
an Illinois corporation
d/b/a Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-1245


Santander Consumer Usa/Chrysler
Attn: Bankruptcy
Po Box 961211
Fort Worth, TX 76161


Scott, Tiffany and Michele Paul
c/o Law Offices of Richard G Witkin
5805 Sepulveda Blvd
Suite 670
Van Nuys, CA 91411


Scott, Tiffany and Michele Paul
C/O Unified Mortgage
2020 Camino Del Rio North #230
San Diego, CA 92108


Unified Mortgage
2020 Camino Del Rio North #230
San Diego, CA 92108

Unified Mortgage
Attn: Sean Mahoney, CEO
2020 Camino Del Rio N #230
San Diego, CA 92108


Unified Mortgage
Attn: Michele Canty, Serv. Agent
2020 Camino Del Rio N #230
San Diego, CA 92108