| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anyama Law Firm, APC<br>Onyinye N. Anyama (SBN: 262152)<br>18000 Studebaker Rd., Suite 325<br>Cerritos, CA 90703<br>Tel: (562)645-4500<br>Fax: (562)645-4494<br>onyi@anyamalaw.com<br><br><br>⊠ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**Timothy Alexander Kyle Aragon**<br>　　　　　　　　Debtor(s) | CASE NO.: **6:26-bk-11349-RB** |
|---|---|
| | CHAPTER: **13** |
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE: **MARCH 12, 2026**<br>HEARING TIME: **11:00AM** |

**Movant:** Timothy Alexander Kyle Aragon

1. Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held on the date and time indicated above in the above-captioned case, before the Honorable Magdalena Reyes Bordeaux, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

> **NOTICE OF HEARING AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)**

2. **Please be advised that the Court will conduct the hearing in person and remotely using ZoomGov audio and video technology.** Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice.

---

*August 2020* 　　　　　　　　　　　　　　Page 1　　　　　　　　　ZOOMGOV HEARING NOTICE_RB_BK

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals attending the hearing remotely may connect to ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals attending the hearing remotely also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. A Zoom or ZoomGov account is **NOT** necessary to remotely participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and will constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

> Meeting URL: https://cacb.zoomgov.com/j/1602432853
> Meeting ID: 160 243 2853
> Password: 3032026
> Telephone: (669) 254-5252 or (646) 828-7666

10. More information on using ZoomGov to participate remotely in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

Date: February 26, 2026

The Anyama Law Firm
_____
Printed name of law firm (if applicable)


/s/Onyinye N. Anyama
_____
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**18000 Studebaker Rd., Suite 325, Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*):  __**SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __2/26/26__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson: notice-efile@rodan13.com**
**United States Trustee: ustpregion16.rs.ecf@usdoj.gov**        ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __2/26/26__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Attn Judge Reyes-Bordeaux**
**3420 Twelfth Street, Suite 365 / Courtroom 303**
**Riverside, CA 92501-3819**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __2/26/26__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Neil B Katz: neilkatz56@gmail.com**
**Scott/Tiffani/Michel Paul: umsi4you@umsi.biz**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/26/26 | Victor Hernandez | /s/Victor Hernandez |
|---------|------------------|---------------------|
| Date | Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Timothy Alexander Kyle Aragon
32225 Sunset Ave
Menifee, CA 92584


Onyinye N Anyama
Anyama Law Firm, APC
18000 Studebaker Rd Ste 325,
Cerritos, CA 90703


Awa Collections
Attn: Bankruptcy
P O Box 6605
Orange, CA 92863


Bass Pro
2500 East Kearney Street
Springfield, MO 65898


CBA
Attn: Bankruptcy
Po Box 5013
Hayward, CA 94540


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062


Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113


Inland Valley Medical Center
c/o Western Region CBO
2700 Fire Mesa St
Las Vegas, NV 89128

Law Office of Richard G. Witkin APC
5805 Sepulveda Blvd, Suite 670
Van Nuys, CA 91411


Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Riverside County Tax Collector
4080 Lemon St
Riverside, CA 92501


Santander Consumer USA, Inc
an Illinois corporation
d/b/a Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-1245


Santander Consumer Usa/Chrysler
Attn: Bankruptcy
Po Box 961211
Fort Worth, TX 76161


Scott, Tiffany and Michele Paul
c/o Law Offices of Richard G Witkin
5805 Sepulveda Blvd
Suite 670
Van Nuys, CA 91411


Scott, Tiffany and Michele Paul
C/O Unified Mortgage
2020 Camino Del Rio North #230
San Diego, CA 92108


Unified Mortgage
2020 Camino Del Rio North #230
San Diego, CA 92108

Unified Mortgage
Attn: Sean Mahoney, CEO
2020 Camino Del Rio N #230
San Diego, CA 92108


Unified Mortgage
Attn: Michele Canty, Serv. Agent
2020 Camino Del Rio N #230
San Diego, CA 92108